# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| MARIA CERVANTES, | § |
| Plaintiff, | § |
| v. | §  EP-18-CV-81-KC |
| XEROX COMMERCIAL SOLUTIONS, LLC, D/B/A CONDUENT COMMERCIAL SOLUTIONS, LLC, | § |
| Defendant. | § |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal Without Prejudice, ECF No. 3, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Stipulation of Dismissal, the Court **ORDERS** that this case is hereby **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that each party will bear its own costs.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 10th day of April, 2018.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE